# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18-cv-00433-FDW

| | |
|---|---|
| JORNELL BESS, | ) |
| Petitioner, | ) |
| vs. | ) **ORDER** |
| DENNIS DANIELS, | ) |
| Respondent. | ) |

**THIS MATTER** is before the Court upon its own motion.

Petitioner Jornell Bess has filed a pro se Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Doc No. 1.) Rule 2(c)(5) of the Rules Governing Section 2254 Cases in the United States District Courts requires that a Petition for Writ of Habeas Corpus be "signed under penalty of perjury by the petitioner or by a person authorized to sign it for the petitioner under 28 U.S.C. § 2242." Neither Petitioner, nor a person authorized by him, signed the instant Petition under penalty of perjury. (Pet. 15, Doc. No. 1.)

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall send Petitioner a copy of the signature page from the instant Petition for Writ of Habeas Corpus. Petitioner shall have fifteen (15) days to sign it under penalty of perjury and return it to the Clerk of Court. Failure to comply with this Order shall result in the dismissal of the instant habeas Petition.

Signed: August 14, 2018

Frank D. Whitney
Chief United States District Judge